# IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE # 3:14-00107 |
| ) | JUDGE SHARP |
| REGULO ALDAMA-OLIVARES, ) | |
| Defendant. ) | |

## AGREED ORDER OF SUBSTITUTION

It appearing to this Honorable Court that it is the best interest of the Defendant that this order enter, whereby present counsel for the Defendant, Mr. Luke Evans, shall be permitted to withdraw from further representation on behalf of the Defendant, and by agreement, Mr. Michael A. Colavecchio, shall be substituted as retained attorney of record on Defendant's behalf; and, upon the entire record herein, the Court finds that it is hereby

ORDERED, ADJUDGED and AGREED that Mr. Luke Evans shall be permitted to withdraw as counsel for the Defendant.

It is further ORDERED, ADJUDGED and AGREED that Mr. Michael A. Colavecchio shall be substituted as counsel on behalf of the Defendant.

ENTER this the _____7vj "f c{"qh"Ugr vgo dgt."42360_

*Kevin H. Sharp*
**HONORABLE JUDGE KEVIN H. SHARP**

APPROVED FOR ENTRY:


 s/ *Luke Evans*
LUKE EVANS (BPR #023620)
Attorney at Law
302 North Spring Street
Murfreesboro, TN 37130
(615) 896-4154


 s/ *Michael A. Colavecchio*
MICHAEL A. COLAVECCHIO (BPR #018355)
Attorney for Defendant
Colavecchio & Colavecchio PLLC
306 Gay Street, Suite 104
Nashville, Tennessee 37201
(615) 242-3333

## **CERTIFICATE OF SERVICE**

　　　　I hereby certify that a true and exact copy of the foregoing Agreed Order has been served, by filing with the clerk of the court via the CM/ECF system, which will send a Notice of Electronic Filing upon the Defendant's former attorney of record, Mr. Luke Evans, 302 North Spring Street, Murfreesboro, Tennessee 37130, and to Mr. Trey Hester, Assistant United States Attorney of the Office of the United States Attorney, at 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203, on this the 4th day of September, 2014.


　　　　　　　　　　　　　　　　　　　　　　 s/ *Michael A. Colavecchio*
　　　　　　　　　　　　　　　　　　　　　　MICHAEL A. COLAVECCHIO