*GRANTED. A change of plea hearing is set for Monday, December 22, 2014 at 11:00 a.m.*

*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE # 3:14-00107 |
| ) | CHIEF JUDGE SHARP |
| REGULO ALDAMA-OLIVARES, ) | |
| Defendant. ) | |

## MOTION TO CHANGE DATE OF PLEA HEARING

Comes now the Defendant, Regulo Aldama-Olivares, by and through Counsel, Michael A. Colavecchio, and respectfully moves that this Honorable Court to hold a change of plea hearing in this cause. It is Mr. Aldama-Olivares's desire and intent to plead guilty to the charged offense of Conspiracy to Defraud in Count One, Making False Claims in Count Five, and Theft in Count 13.

Respectfully,

 s/ *Michael A. Colavecchio*
MICHAEL A. COLAVECCHIO (#18355)
Attorney for Defendant
343 Harrison Street
Nashville, TN 37219
(615) 242-3333